UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
F'LED

2023 NOV 14 P 2: 54

UNITED STATES OF AMERICA,

Plaintiff,

**23 - CR - 212**

v.                                          Case No. 23-CR-

DEMARIO M. ROBINSON,                        [18 U.S.C. §§ 922(g)(1), 924(a)(2),
                                            924(a)(8), 922(o) & 545; 21 U.S.C. §§
                                            841(a)(1) & 841(b)(1)(D)]

Defendant.

---

## INDICTMENT

---

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.      On or about June 20, 2023, in the State and Eastern District of Wisconsin,

**DEMARIO M. ROBINSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been

transported in interstate commerce, the possession of which was therefore in and affecting

commerce.

2.      The firearm is more fully described as a Glock 9mm pistol bearing serial

#BUBT074.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2023, in the State and Eastern District of Wisconsin,

**DEMARIO M. ROBINSON**

knowingly possessed a machinegun, that is, a Glock 9mm pistol bearing serial #BUBT074 that was modified to fire more than one shot without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 20, 2023, in the State and Eastern District of Wisconsin,

### DEMARIO M. ROBINSON

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

In violation of Title 18, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately May 30, 2023, and May 31, 2023, in the State and Eastern District of Wisconsin,

### DEMARIO M. ROBINSON,

who is not a licensed Federal Firearms Licensee and authorized by the Attorney General to import firearms, fraudulently and knowingly received, bought, and in any manner facilitated the transportation of merchandise, that is, machinegun conversion devices which were imported contrary to law.

In violation of Title 18, United States Code, Sections 545 and 2(a).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately June 15, 2023, and June 20, 2023, in the State and Eastern District of Wisconsin,

**DEMARIO M. ROBINSON,**

who is not a licensed Federal Firearms Licensee and authorized by the Attorney General to import firearms, fraudulently and knowingly received, bought and in any manner facilitated the transportation of merchandise, that is machinegun conversion devices which were imported contrary to law.

In violation of Title 18, United States Code, Sections 545 and 2(a).

5

**THE GRAND JURY FURTHER CHARGES THAT:**

Between approximately July 11, 2022, and June 5, 2023, in the State and Eastern District of Wisconsin,

**DEMARIO M. ROBINSON.**

who is not a licensed Federal Firearms Licensee and authorized by the Attorney General to import firearms,fraudulently and knowingly received, bought and in any manner facilitated the transportation of merchandise, that is machinegun conversion devices which were imported contrary to law.

In violation of Title 18, United States Code, Sections 545 and 2(a).

6

# FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant, Demario M. Robinson, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the knowing violation of Section 922(g)(1), including, but not limited to:

1. one Glock 9mm handgun bearing serial #BUBT074, with an affixed machinegun conversion device seized from XXXX N. Beale Street, Milwaukee, WI on June 20, 2023;

2. one drop-in Rifle machinegun conversion device recovered from XXXX N. Beale Street, Milwaukee, WI on June 20, 2023;

3. 47 machinegun conversion devices shipped to XXXX N. Beale Street, Milwaukee, WI on or about May 30, 2023

4. 10 machinegun conversion devices shipped to XXXX N. 37th Street, Milwaukee, WI on or about June 20, 2023.

A TRUE BILL:

FOREPERSON

Dated: _____ 14 Nov 2023 _____

GREGORY J. HAANSTAD
United States Attorney

7